DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 00-00045 |
| Plaintiff, | ) | |
| vs. | ) | |
| GRACE VILLAGOMEZ,<br>a.k.a. GRACE PAPA VILLAGOMEZ,<br>a.k.a. ENGRACIA P. VILLAGOMEZ,<br>a.k.a. GRACE E. PAPA,<br>a.k.a. AUNTIE GRACE, | ) | ORDER |
| Defendant. | ) | |

On May 9, 2000, the Court ordered the above-named defendant to surrender her passport as a condition of pretrial release. The case has since been closed, and the Court has no further need to retain said passport. Accordingly, the Clerk of Court is directed to turn over the passport to the U.S. Probation Office for transmission to the United States Department of State, Office of Passport Policy and Advisory Services, 2100 Pennsylvania Avenue, NW, 3rd Floor, Washington, DC 20037.

SO ORDERED this 6th day of February 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**